# EXHIBIT A



**ALBION** COLLEGE
Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

**IMPORTANT INFORMATION**
**PLEASE REVIEW CAREFULLY**

21 1 4351 ******************AUTO**ALL FOR AADC 480
Zachary A Knapp



May 1, 2025

Dear Zachary A Knapp,

We are writing with important information regarding a recent security incident. The privacy and security of the personal information we maintain is of the utmost importance to Albion College. We wanted to provide you with information about the incident, explain the steps you should take to protect yourself, and let you know that we continue to take significant measures to protect your information.

*What Happened?*

We recently discovered unauthorized access to our network occurred on December 17, 2024.

*What We Are Doing.*

We immediately launched an investigation in consultation with outside cybersecurity professionals who regularly investigate and analyze these types of situations to analyze the extent of any compromise of the information on our network.

*What Information Was Involved*

Based on our comprehensive investigation and document review, which concluded on April 18, 2025, we discovered that your full name and one or more of the following were removed from our network in connection with this incident: Social Security Number.

*What You Can Do.*

To date, we are not aware of any reports of identity fraud or improper use of your information as a direct result of this incident. Out of an abundance of caution, we wanted to make you aware of the incident and suggest steps that you should take to protect yourself. To protect you from potential misuse of your information, we are offering a complimentary 12 month membership in Equifax® Credit Watch™ Gold. Equifax® Credit Watch™ Gold is completely free to you and enrolling in this program will not hurt your credit score. For more information on identity theft prevention and Equifax® Credit Watch™ Gold, including instructions on how to activate your complimentary 12 month membership, please see the additional information provided in this letter.